THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
California Bar No. 141489
     Room 7516 Federal Building
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-6880
     Fax No.: (213) 894-7819
     Joanne.Osinoff@usdoj.gov

Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MOHAMMED AKARI, | ) No. CV 07-06567 MMM (SSx) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER DISMISSING ACTION |
| | ) |
| MICHAEL CHERTOFF, | ) |
| SECRETARY OF THE | ) |
| DEPARTMENT OF HOMELAND | ) |
| SECURITY, ET AL., | ) |
| Defendants. | ) |

Upon consideration of the Stipulation of the parties, IT IS HEREBY

ORDERED that the above-captioned action is dismissed in its entirety.  Each party

to bear its own costs, fees and expenses.

Dated:  March 19, 2008

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE